IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ALVIN KEITH KELLAM,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Petitioner,

v.                                          CASE NO. 1D15-0783

STATE OF FLORIDA,

Respondent.

_____/

Opinion filed May 13, 2015.

Petition for Writ of Mandamus -- Original Jurisdiction.

Alvin Keith Kellam, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, and Trisha Meggs Pate, Bureau Chief, Tallahassee, for Respondent.

PER CURIAM.

    DISMISSED.

THOMAS, MARSTILLER, and BILBREY, JJ., CONCUR.